FILED

UNITED STATES COURT OF APPEALS

JAN 16 2014

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ROGER G. SEGAL, Trustee,<br><br>            Plaintiff - Appellee,<br><br>   v.<br><br>GREG MEGARGEL, City of Bozeman Police Department Sergeant, in his individual and official capacity,<br><br>            Defendant - Appellant. | No. 13-36177<br><br>D.C. No. 2:09-cv-00076-DLC-RWA<br>District of Montana,<br>Butte<br><br><br>ORDER |

Appellant's motion for voluntary dismissal of this appeal under Federal Rule of Appellate Procedure 42(b) is granted.

A copy of this order shall act as and for the mandate of this court.

                        For the Court:
                        MOLLY C. DWYER
                        Clerk of the Court


                        Alihandra M. Totor
                        Deputy Clerk
                        Ninth Circuit Rules 27-7 and 27 10